This is to advise that on March 26, 2009

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 09-22

In action

Ct. No. 07-00456

KYD, Inc.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Polyethylene Retail Carrier Bag Committe,
Hilex Poly Co., LLC,  and
Superbag Corporation,
(Defendant-Intervenors.)